In the Matter of the Application of BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Respondent, for the Appointment of Commissioners.

WILSON H. MOORE, Appellant.

*Matter of Buffalo, L. & R. Ry. Co.*, 116 App. Div. 922, appeal dismissed.
(Submitted January 21, 1907; decided January 29, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered December 19, 1906, which appointed commissioners to determine whether the petitioner's proposed railroad ought to be constructed in State street, in the village of Brockport.

The motion was made upon the ground that the order was not appealable to the Court of Appeals.

*Charles B. Hill* for motion.

*John Pallace, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.